UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CENTRE WAY COMPANY LIMITED, :
:
Plaintiff, :
: 22-cv-6012 (LJL)
-v- :
: ORDER
NINGBO WOLFTHON TECHNOLOGY CO. LTD, *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2022

LEWIS J. LIMAN, United States District Judge:

  The Court is in receipt of a motion to permit service of process via email on Defendants. The motion raises similar issues to those recently addressed by Judge Woods in *Smart Study Co., LTD v. Acuteye-US, et al.*, 2022 WL 2872297 (S.D.N.Y. July 21, 2022), which concluded that "service by email on individuals or entities located in China is not permitted under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters . . . or the Federal Rules of Civil Procedure." *Id.* at *1. It is hereby ORDERED that Plaintiff shall, by August 2, 2022, submit to the Court a supplemental letter brief—no more than five single-spaced pages in length—that explains what, if any, weight the Court should give to Judge Woods' decision and why the Court should not follow the analysis set forth therein.

  SO ORDERED.

Dated: July 25, 2022
   New York, New York

                  _____
                     LEWIS J. LIMAN
                   United States District Judge