UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Centre Way Company Limited,** | Civil Action No: 22-cv-06012 |
| **Plaintiff,** | |
| v. | Judge Lewis J. Liman |
| **Ningbo Wolfthon Technology Co., Ltd, wuhanjizhimeijiakejiyouxiangongsi and qiqihaerjiuweijianzhuzhuangshigongchengyouxiangong Defendants.** | Magistrate Judge Ona T. Wang |

### ORDER GRANTING PLAINTIFF MOTION FOR SERVICE OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Motion"). The Court has carefully reviewed the Motion and supporting exhibits and is otherwise fully advised in the premises.

Plaintiff, Centre Way Company Limited has shown good cause for leave to serve the Complaint, Summons, and all other filings in this matter upon Defendants via email service and website publication and other electronic means. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) is hereby **GRANTED**. Plaintiffs shall serve the Complaint, Summons, and all future filings in this action upon each Defendant

(1) via sending a copy of the Complaint, Summonses, and all other relevant filings through email and Amazon's Buyer-Seller Messaging Service; and

(2) via website publication by posting a copy of the Complaint, Summonses, and all other relevant filings on a designated webpage; and by providing the designated webpage to Defendants through email and Amazon's Buyer-Seller Messaging Service.

SO ORDERED.

Date: November 9, 2022

LEWIS J. LIMAN
United States District Judge