```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CENTRE WAY COMPANY LIMITED,                                        :
                                                                   :
                        Plaintiff,                                 :
                                                                   :         22-cv-6012 (LJL)
        -v-                                                        :
                                                                   :              ORDER
NINGBO WOLFTHON TECHNOLOGY CO. LTD, et al.,                        :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     The dial-in number for the telephonic show cause hearing held on January 25, 12:00 p.m. was not provided on the docket.  The Court will hold the show cause hearing on February 9, 2023 at 2:00 p.m.  The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

     Plaintiff is directed to serve a copy of this Order on each Defendant: (1) by sending a copy of this Order through email and Amazon's Buyer-Seller Messaging Service; and (2) by website publication by posting a copy of this Order on a designated webpage and by providing the designated webpage to Defendants through email and Amazon's Buyer-Seller Messaging Service.

     SO ORDERED.

Dated: January 27, 2023  
       New York, New York

                                                         LEWIS J. LIMAN  
                                             United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 01/27/2023