UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Centre Way Company Limited,

                  Plaintiff,

    -v-

NINGBO WOLFTHON TECHNOLOGY CO., LTD,
wuhanjizhimeijiakejiyouxiangongsi and
qiqihaerjiuweijianzhuzhuangshigongchengyouxiangong,

                  Defendants.
------------------------------------------------------------------------X

22-cv-6012 (LJL)

JUDGMENT

**DEFAULT JUDGMENT**

      THIS CASE having been commenced by plaintiff Centre Way Company Limited ("Plaintiff"). against defendants wuhanjizhimeijiakejiyouxiangongsi and qiqihaerjiuweijianzhuzhuangshigongchengyouxiangong (collectively, the "Defaulting Defendants") and Plaintiff having moved for entry of Default and Default Judgment against the Defaulting Defendants.

      THE COURT having determined that it has personal jurisdiction over the Defendant because the Defendant directly targets its business activities toward consumers in the United States, including New York, by offering to sell and shipping infringing products to this Judicial District that infringe on one or more claims of Plaintiff's U.S. Patent No. 7,477,229 ("the '229 Patent" or "Asserted Patent").

Plaintiff having properly completed service of process on Defaulting Defendants, by (1) sending a copy of the Complaint, Summonses, and all other relevant filings through email and Amazon's Buyer-Seller Messaging Service; and (2) website publication by posting a copy of the Complaint, Summonses, and all other relevant filings on a designated webpage and by providing the designated webpage to Defendants through email and Amazon's Buyer-Seller Messaging Service;

and

      Defaulting Defendants failed to answer the Complaint or appear in any way, and the time for answering the Complaint having expired.

      IT IS HEREBY ORDERED that Plaintiff's Order to Show Cause Why Default Judgment and Permanent Injunction Should Not Be Entered is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

      Accordingly, this Court ORDERS that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. from manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products that infringing upon the '229 Patent;

    b. from secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any Infringing Products; (ii) any evidence relating to the infringing activities; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, Defaulting Defendants, including, but not limited to, any assets held by or on behalf of Defaulting Defendants;

    c. from effecting assignments or transfers, forming new entities or associations or

utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defaulting Defendants, or in connection with Defaulting Defendants' Online Marketplace, including, without limitation, any online marketplace platform such as eBay Inc. ("eBay"), Amazon.com, Inc. ("Amazon") (collectively, the "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the '229 Patent.

3. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc.("PayPal"), and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Final Default Judgment on the Third Party Providers.

4. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail or by Amazon's Buyer-Seller Messaging Service.

SO ORDERED.

Dated: February 16, 2023
      New York, New York

LEWIS J. LIMAN
United States District Judge